# Exhibit J

Memorandum of Points and Authorities in Support of Motion of Senate Committee on Armed Services and Thomas Kirk McConnell to Quash Subpoenas

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUPERIOR COURT SUBPOENA TO NON-PARTY THOMAS KIRK McCONNELL, Professional Staff Member of the United States Senate Committee on Armed Services<br><br>in the matter of<br><br>AO ALFA-BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE, *et al.*,<br><br>    Defendants. | Misc. No. _____<br><br>[Underlying civil action filed in Fifteenth Judicial Circuit Court, Palm Beach County, Florida, Case No. 50-2020-CA-006304] |

**DECLARATION OF ELIZABETH KING**

I, Elizabeth King, do state and declare as follows:

1. I am the Majority Staff Director of the Senate Committee on Armed Services ("SASC" or "the Committee") for Chairman Jack Reed, and have served in this position since February 2021. Prior to that, I served as the Minority Staff Director for the Committee on Armed Services for then-Ranking Minority Member Jack Reed, a position I held from January 2015 until becoming Staff Director in February 2021. Prior to that, I served as Assistant Secretary of Defense for Legislative Affairs from 2009 to 2014, and before then I worked in the Office of Senator Jack Reed from 1997-2009.

2. As part of my duties as Majority Staff Director, I oversee the activities of the

Majority Committee staff.  Likewise, as Minority Staff Director, I oversaw the activities of the Minority Committee staff.  To assist the Committee in carrying out its functions as the Senate Committee assigned broad responsibility over issues of national security and defense, individual Committee staff persons are assigned responsibility over specific policy areas, with the duty to support Committee activities in those areas, including staffing Committee and Subcommittee hearings, working on legislation, and assisting the Committee in oversight and investigations.

3. As part of their responsibilities, staff keep the Committee informed with regard to subjects within the Committee's jurisdiction by gathering and analyzing information from open-source and classified sources, both inside and outside Congress, including through briefings by Executive Branch agencies and informal discussions with a wide range of individuals and subject-matter experts in the private, non-profit, and government sectors.  Such information-gathering activities are vital to the Committee's ability to carry out its constitutional duties for the Senate, particularly in highly technical, rapidly changing, and national-security sensitive areas such as foreign cyber threats.

4. Kirk McConnell is a Professional Staff Member of the Committee and has served in that position since 2007.  Mr. McConnell is the primary staff person on the Committee Majority side, and, prior to this year, was the primary staff person on the Minority side, assigned responsibility for cyber issues and with assisting the Committee with oversight of the National Security Agency and U.S. Cyber Command, two Department of Defense organizations involved in intelligence and cybersecurity.  Mr. McConnell also serves as the principal Majority staff person (and, prior to 2021, was the principal Minority staff person) for the Subcommittee on Cybersecurity, which was formed by SASC in January 2017 in response to both the increasing scope and severity of cyber attacks and cyber threats, including from foreign nations such as

Russia, and the growing importance of cyber within the Armed Forces.  Mr. McConnell provides support to the full Committee and the Subcommittee on Cybersecurity in holding hearings, preparing and evaluating legislation, and conducting oversight on cybersecurity and related issues.  In addition, Mr. McConnell is one of the Committee staff persons with responsibility for the area of national intelligence (jurisdiction over which SASC shares under Senate rules with the Senate Select Committee on Intelligence, on which the Chairman and Ranking Minority Member of the SASC serve *ex officio*).

5. Mr. McConnell serves as the primary staff person for the conduct of public and classified hearings of the Committee and the Subcommittee on Cybersecurity on cyber activities, cybersecurity, and related issues, including Russian cyber efforts to interfere in U.S. elections.

6. Among his many Committee activities, Mr. McConnell has worked extensively on legislation before the Committee and the Senate addressing cybersecurity issues, including the cyber-related provisions in the annual national defense authorization acts, *e.g.*, William M. (Mac) Thornberry National Defense Authorization Act for FY 2021, Pub. L. No. 116-283, Div. A, Title XVII (2021) (Cyberspace-Related Matters); National Defense Authorization Act for FY 2020, Pub. L. No. 116-92, Div. A, Title XVI, Subtitle C (2019); John S. McCain National Defense Authorization Act for FY 2019, Pub. L. No. 115-232, Div. A, Title XVI, Subtitle C (2018); National Defense Authorization Act for FY 2018, Pub. L. No. 115-91, Div. A, Title XVI, Subtitle C (2017).

7. Mr. McConnell also assists with Senator Reed's *ex officio* service on the Senate Select Committee on Intelligence.

8. Since 2016, Mr. McConnell has worked extensively on the Committee's efforts to understand and counter Russian malign cyber activities and Russian efforts to interfere in U.S.

elections, including through the informal gathering and analysis of information about these matters.

9. In addition to assisting with information gathering and Committee hearings on cyber issues related to Russian interference in the 2016 elections, Mr. McConnell assisted in the preparation of Senate floor statements for then-Ranking Member Reed addressing Russia's malign activities and hybrid warfare, including Russian disinformation and influence campaigns conducted through cyberspace. *See* 165 Cong. Rec. S1368-72 (daily ed. Feb. 14, 2019); 165 Cong. Rec. S567- 74 (daily ed. Jan. 24, 2019); 164 Cong. Rec. S6762-66 (daily ed. Oct. 10, 2018); 164 Cong. Rec. S1268-71 (daily ed. Feb. 18, 2018); 163 Cong. Rec. S1961-63 (daily ed. Mar. 23, 2017).

10. As part of his work collecting and reviewing information regarding Russian malign cyber activities and interference in U.S. elections, Mr. McConnell examined for the Committee the publicly-reported allegations regarding possible internet communications between Alfa Bank and the Trump Organization servers by gathering information and analysis from contacts with relevant expertise both within and outside of Congress.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed the 27th day of July, 2021.

*Elizabeth King* (signature)
Elizabeth King