UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUPERIOR COURT SUBPOENA ) <br> TO NON-PARTY ) <br> THOMAS KIRK McCONNELL, ) <br> Professional Staff Member of the ) <br> United States Senate Committee ) <br> on Armed Services ) <br> ) <br> in the matter of ) <br> ) <br> AO ALFA-BANK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, *et al.*, ) <br> ) <br> Defendants. ) | Misc. No. 1:21-mc-00100-DLF <br><br> [Underlying civil action filed in <br>  Fifteenth Judicial Circuit Court, Palm <br>  Beach County, Florida, <br>  Case No. 50-2020-CA-006304] |

**NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENAS AND DISMISSAL OF THIS MISCELLANEOUS ACTION**

The United States Senate Committee on Armed Services (the "Committee") and Thomas Kirk McConnell, Professional Staff Member of the Committee, by and through undersigned counsel, hereby respectfully withdraw their Motion to Quash Subpoenas, ECF No. 2, filed July 27, 2021.  Upon agreement between AO Alfa-Bank and the Senate parties, plaintiff has withdrawn the third-party subpoenas issued to Mr. McConnell in *AO Alfa-Bank v. John Doe, et al.*, Case No. 50-2020-CA-006304 (15th Judicial Circuit Court, Palm Beach Cnty., Fla.), which were submitted and issued through the D.C. Superior Court under Case No. 2021-02459, and removed to this Court.  The subpoenas having been withdrawn, the Committee and Mr.

McConnell hereby withdraw their motion to quash and notice the dismissal of this miscellaneous action, without prejudice.

    Respectfully submitted,

    /s/ Patricia Mack Bryan
Patricia Mack Bryan, Bar #335463
Senate Legal Counsel

Morgan J. Frankel, Bar #342022
Deputy Senate Legal Counsel

Grant R. Vinik, Bar #459848
Assistant Senate Legal Counsel

Thomas E. Caballero
Assistant Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
(202) 224-4435 (tel)
(202) 224-3391 (fax)

Dated: September 9, 2021    Attorneys for U.S. Senate Committee on Armed Services and Subpoena-Respondent Thomas Kirk McConnell